**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT LEE SIMON SR., | Case No. CV 17-3361 SS |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Memorandum Decision and Order denying the Petition,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 19, 2017

/s/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE